UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civ. Action No.: 7:13-CV-5606

------------------------------------------------------------X
ROSE SAVIO as administratrix of the Estate of Caitlyn
R. Savio, deceased, and ROSE SAVIO, as an Individual

Plaintiffs,

**CONSENT TO CHANGE ATTORNEY**

-against-

KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO,
FRANCINE DELPOZZO, MATTHEW DELPOZZO,
NISSAN MOTOR CO., LTD., NISSAN NORTH
AMERICA, INC. and MOTORS GROUP, INC.

Defendants,
------------------------------------------------------------X

    **IT IS HEREBY CONSENTED** THAT Stephen M. Smith, Esq. be substituted as attorney of record for the Plaintiff, Rose Savio, as administratrix of the Estate of Caitlyn R. Savio, deceased, and Rose Savio, as an Individual, in the above-titled action, in place and stead of the undersigned attorney, Gary Cusano, Esq. as of December 30, 2013.

_____
ROSE SAVIO

STATE OF NEW YORK      ) ss.:
COUNTY OF WESTCHESTER  )

    On the 30th day of December, 2013, before me, the undersigned notary public, personally appeared ROSE SAVIO, personally known to me or proved to me on the basis of satisfactory documentary evidence to be the individual whose name is subscribed on the attached instrument, and executed the attached instrument in my presence, and acknowledged to me that she/he was authorized to execute and did execute the same by attaching her/his signature.

_____
Notary Public

NOTARY PUBLIC-STATE OF NEW YORK
No. 01GI6063745
Qualified in Westchester County
My Commission Expires September 10, 2017

Dated: Yorktown Heights, New York
      December 30, 2013

_____
Gary A. Cusano, Esq. (GC6569)
Law Office of Gary A. Cusano, P.C.
Stonewall Executive Center
30 Tomahawk Street
Baldwin Place, New York 10505
Tel.: (914) 902-5203
Fax: (914) 613-0222

_____
Stephen M. Smith, Esq. (SS1076)
2020 Maple Hill Street - Unit 1344
Yorktown Heights, New York 10598
Tel.: (914) 401-6007
Fax: (914) 470-2539

7:13-CV-5606 (NSR )
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSE SAVIO, as Administratrix of the ESTATE OF
CAITLYN R. SAVIO, and ROSE SAVIO, as an individual

Plaintiff(s)

- against -

KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO,
FRANCINE DELPOZZO, MATTHEW DELPOZZO,
NISSAN MOTOR CO., LTD., NISSAN OF NORTH
AMERICA, INC. and MOTORS GROUP, INC.,

Defendant(s).
-----------------------------------------------------------X

## CONSENT TO CHANGE ATTORNEY

**STEPHEN M. SMITH, ESQ.**
*Attorney for Plaintiffs*
2020 Maple Hill Street- Unit 1344
Yorktown Heights, New York 10598
**(914) 401-6007**

*Pursuant to 22NYCRR 130-1-1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*
Dated:            Signature: _____
                  Print Signer's Name: STEPHEN M. SMITH, ESQ..

*Service of a copy of the within*                                            *is hereby admitted.*
Dated:   December 30, 2013          ......................................
                                    *Attorney(s) for Plaintiffs*

**PLEASE TAKE NOTICE**
[ ]                *that the within is a (certified) true copy of a*
NOTICE  OF         *entered in the office of the clerk of the within named Court on*
ENTRY
[ ]                *that an Order of which the within is a true copy will be presented for settlement*
NOTICE OF          *to the Hon.                       one of the judges of the within named Court,*
SETTLEMENT         *at*
                   *on                          , at                  M.*
Dated:

                                    Stephen M. Smith, Esq.
                                    Attorney at Law
                                    2020 Maple Hill Street- Unit 1344
                                    Yorktown Heights, New York 10598
                                    (914) 401-6007