UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE SAVIO as administratrix of the Estate of Caitlyn R. Savio, deceased, and ROSE SAVIO, as an Individual,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO, FRANCINE DELPOZZO, MATTHEW DELPOZZO, NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC. and MOTORS GROUP, INC.,<br><br>                    Defendants, | Civ. Action No.:<br>7:13-cv-05606 (NSR)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Stephen M. Smith, Esq., an attorney duly licensed to practice law in the State of New York, do state the following:

    I represent the Plaintiff, ROSE SAVIO as administratrix of the Estate of Caitlyn R. Savio, deceased, and ROSE SAVIO, as an Individual, in place and stead of Gary A. Cusano, Esq. in the above referenced action. A Consent to Change Attorney form was duly executed by Rose Savio, Gary A. Cusano, Esq. and myself on December 30, 2013 and efiled with this Court on January 2, 2014. I appear in this action on behalf of the plaintiff.

Dated: Yorktown Heights, New York
       January 2, 2014

                                                    Respectfully submitted,

                                                    Stephen M. Smith, Esq. (SS1076)
                                                    Attorney for Plaintiffs
                                                    2020 Maple Hill Street- Unit 1344
                                                    Yorktown Heights, New York 10598
                                                    tel # (914) 401-6007
                                                    fax# (914) 470-2539
                                                    email: ssmith@smithandflynn.com

7:13-CV-5606 (NSR )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ROSE SAVIO, as Administratrix of the ESTATE OF
CAITLYN R. SAVIO, and ROSE SAVIO, as an individual

                        Plaintiff(s)

                     - against -

KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO,
FRANCINE DELPOZZO, MATTHEW DELPOZZO,
NISSAN MOTOR CO., LTD., NISSAN OF NORTH
AMERICA, INC. and MOTORS GROUP, INC.,

                     Defendant(s).
--------------------------------------------------------------X

## NOTICE OF APPEARANCE

**STEPHEN M. SMITH, ESQ.**
*Attorney for Plaintiffs*
2020 Maple Hill Street- Unit 1344
Yorktown Heights, New York 10598
**(914) 401-6007**

*Pursuant to 22NYCRR 130-1-1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

Dated:             Signature: _____
                             *Print Signer's Name:* STEPHEN M. SMITH, ESQ..

*Service of a copy of the within*                        *is hereby admitted.*
Dated:   January 2, 2014
                                        ............................................
                                        *Attorney(s) for Plaintiffs*

**PLEASE TAKE NOTICE**

[ ]              *that the within is a (certified) true copy of a*
NOTICE OF   *entered in the office of the clerk of the within named Court on*
ENTRY

[ ]              *that an Order of which the within is a true copy will be presented for settlement*
NOTICE OF   *to the Hon.*                    *one of the judges of the within named Court,*
SETTLEMENT  *at*
                  *on*                           , at                M.
Dated:

                                        Stephen M. Smith, Esq.
                                        Attorney at Law
                                        2020 Maple Hill Street- Unit 1344
                                        Yorktown Heights, New York 10598
                                        (914) 401-6007