UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE SAVIO as administratrix of the Estate of Caitlyn R. Savio, deceased, and ROSE SAVIO, as an Individual ) ) ) ) | |
| Plaintiffs, ) ) | Civ. Action No.: 7:13-cv-05606 (NSR) |
| -against- ) ) | **PARTIAL** NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) |
| KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO, FRANCINE DELPOZZO, MATTHEW DELPOZZO, NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC. and MOTORS GROUP, INC., ) ) ) ) ) | |
| Defendants, ) | |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiffs ROSE SAVIO as administratrix of the Estate of Caitlyn R. Savio, deceased, and ROSE SAVIO, as an individual, hereby give notice of their voluntary dismissal without prejudice of their claims against the defendants KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO, FRANCINE DELPOZZO and MATTHEW DELPOZZO only.

Copies of the summons and complaint have not been served upon the defendants KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO, FRANCINE DELPOZZO and MATTHEW DELPOZZO (hereinafter collectively "DELPOZZOS") because a settlement of the claims against the DELPOZZOs are pending the issuance of a compromise order from the Surrogate's Court for the State of New York, County of Putnam. Consequently, the DELPOZZOs have not served either an Answer or a motion for summary judgment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2014

Additionally, the defendants NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC. and MOTORS GROUP, INC. have not served either an Answer or a motion for summary judgment.

**PLEASE TAKE FURTHER NOTICE** that this dismissal does not extend to the plaintiffs' claims against the defendants NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC. and MOTORS GROUP, INC.

Dated: Yorktown Heights, New York
January 3, 2014

Respectfully submitted,

Stephen M. Smith, Esq. (SS1076)
Attorney for Plaintiffs
2020 Maple Hill Street- Unit 1344
Yorktown Heights, New York 10598
tel # (914) 401-6007
fax # (914) 470-2539
email: ssmith@smithandflynn.com

So Ordered:

January 7, 2014
White Plain, NY

_____ 1/7/2014
U.S.D.J.
Nelson S. Román