UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ROSE SAVIO as administratrix of the Estate of Caitlyn R. Savio, deceased and ROSE SAVIO, as an Individual,

        Plaintiffs,

-against-

KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO, FRANCINE DELPOZZO, MATTHEW DELPOZZO, NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICAN, INC. and MOTORS GROUP, INC.,

        Defendants.
------------------------------------------------------------------------X

Case No.: 13-CV-5606

(NSR)

**NOTICE OF APPEARANCE**

COUNSELORS :

  PLEASE TAKE NOTICE that, Defendant, MOTORS GROUP, INC., hereby appear in the above-entitled action, and that the undersigned has been retained as attorneys for said Defendant.

Dated: Woodbury, New York
   January 10, 2014

        MILBER MAKRIS PLOUSADIS
        & SEIDEN, LLP

        _[signature]_
        Michael J. Cannon (MJC 5085)
        Attorneys for Defendant
        MOTORS GROUP, INC.
        1000 Woodbury Road, Suite 402
        Woodbury, New York 11797
        Telephone: (516) 712-4000
        Facsimile: (516) 712-4013
        Our File No.: 532-10230
        mcannon@milbermakris.com

TO: Stephen M. Smith, Esq.
Attorneys for Plaintiffs
2020 Maple Hill Street, Unit 1344
Yorktown Heights, New York  10598
(914) 401-6007
(914) 470-2539
ssmith@smithandlfynn.com