AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Rose Savio, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    13 CIV 5606 |
| Kaitlyn M. Delpozzo, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Motors Group, Inc.

Date:    02/03/2014

_____
*Attorney's signature*

Homer B. Ramsey (HR9760)
*Printed name and bar number*

Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004

*Address*

hramsey@herzfeld-rubin.com
*E-mail address*

(212) 471-8500
*Telephone number*

(212) 344-3333
*FAX number*