**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civ. Action No.: 7:13-CV-5606 (NSR)

------------------------------------------------X
ROSE SAVIO as administratrix of the Estate of Caitlyn
R. Savio, deceased, and ROSE SAVIO, as an Individual

Plaintiffs,

**CONSENT TO CHANGE
ATTORNEY**

-against-

KAITLYN M. DELPOZZO, LOUIS V. DELPOZZO,
FRANCINE DELPOZZO, MATTHEW DELPOZZO,
NISSAN MOTOR CO., LTD., NISSAN NORTH
AMERICA, INC. and MOTORS GROUP, INC.

Defendants,

------------------------------------------------X

   **IT IS HEREBY CONSENTED** THAT Stephen M. Smith, Esq. be substituted as attorney

of record for the Plaintiff, Rose Savio, as administratrix of the Estate of Caitlyn

R. Savio, deceased, and Rose Savio, as an Individual, in the above-titled action, in place and

stead of the undersigned attorney, Gary Cusano, Esq. as of December 30, 2013.

_____
ROSE SAVIO

STATE OF NEW YORK          ) ss.:
COUNTY OF WESTCHESTER      )

   On the 30th day of December, 2013, before me, the undersigned notary public,
personally appeared ROSE SAVIO, personally known to me or proved to me on the basis of
satisfactory documentary evidence to be the individual whose name is subscribed on the attached
instrument, and executed the attached instrument in my presence, and acknowledged to me that
she/he was authorized to execute and did execute the same by attaching her/his signature.

_____
Notary Public

NOTARY PUBLIC STATE OF NEW YORK
No. 01G16063745
Qualified in Westchester County
My Commission Expires September 10, 2017

Dated: Yorktown Heights, New York
       December 30, 2013

_____          _____
Gary A. Cusano, Esq. (GC6569)       Stephen M. Smith, Esq. (SS1076)
Law Office of Gary A. Cusano, P.C.   2020 Maple Hill Street- Unit 1344
Stonewall Executive Center           Yorktown Heights, New York 10598
30 Tomahawk Street                   Tel.: (914) 401-6007
Baldwin Place, New York 10505        Fax: (914) 470-2539
Tel.: (914) 902-5203
Fax: (914) 613-0222

Dated: Feb. 10, 2014
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/14