Index # 13-CV-5606
Purchased/Filed: August 9, 2013

Attorney(s):

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Rose Savio, as Administratrix of the Estate of Caitlyn R. Savio, , deceased and Rose Savio, as an Individual,

Plaintiff

against

Kaitlyn M. Delpozzo, et al.,

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 24 Yrs.

Weight: 175 Lbs.    Height: 6' 1"    Sex: Male    Color of skin: White

Hair color: Brown    Other: _____

_____Kyle Warner_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on December 5, 2013, at 2:12 pm, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons in a Civil Action & Verified Complaint, Civil Cover Sheet and Electronic Case Filing Rules and Regulations

on _____ Nissan North America, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

5th day of December 2013

NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4509790, Rensselaer County
Commission Expires June 30, 2016

Kyle Warner

Invoice-Work Order # 1319500

State of New York - Department of State
Receipt for Service

Receipt #: 201312050333
Date of Service: 12/05/2013
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 201312050288
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: NISSAN NORTH AMERICA, INC.

Plaintiff/Petitioner:
    SAVIO, ROSE

Service of Process Address:
THE PRENTICE-HALL CORPORATION SYSTEM, IN
500 CENTRAL AVE
ALBANY, NY 12206-2290

Secretary of State
By  CHAD MATICE