UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rose Savio as administratrix of the Estate of Caitlyn Savio, deceased, and Rose Savio, as an Individual,    Plaintiff, -v- Kaitlyn M. Delpozzo, Louis V. Delpozzo, Francine Delpozzo, Matthew Delpozzo, Nissan Motor Co., Ltd., et al.    Defendant. | Case No. 13-CIV-5606 (NSR)  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Nissan North America, Inc.                              (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Nissan North America, Inc. ("NNA") states that it is a California corporation and a wholly-owned subsidiary of Nissan Motor Company, Ltd. ("NML"). NML owns 100% of the outstanding capital stock of NNA and is a publicly held foreign corporation incorporated under the laws of Japan.

**Date:** March 24, 2014

_____
**Signature of Attorney**

**Attorney Bar Code:** HR9760