UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rose Savio as administratrix of the Estate of Caitlyn Savio, deceased, and Rose Savio, as an Individual,   Plaintiff,<br><br>-v-<br><br>Kaitlyn M. Delpozzo, Louis V. Delpozzo, Francine Delpozzo, Matthew Delpozzo, Nissan Motor Co., Ltd., et al.   Defendant. | Case No. 13-CIV-5606 (NSR)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Motors Group, Inc. d/b/a Bruce Bennett Nissan (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** March 24, 2014

_____
**Signature of Attorney**

**Attorney Bar Code:** HR9760

Form Rule7_1.pdf  SDNY Web 10/2007