UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAVIO,

                Plaintiff(s),        **NOTICE OF COURT CONFERENCE**

-against-

                                              13 Civ. 5606 (NSR)

DELPOZZO, et al.,

                Defendant(s).
-------------------------------------------------------------x

A conference will be held before the Hon. Nelson S. Román, U.S.D.J. on **April 17, 2014 at 10:00 am** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218.

This case has been designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York. **The parties should refer to ECF Doc. No. 3, submit the Report under 1.A. within seven days before the conference,** and be prepared at the conference to discuss the issues set forth in 1.B.

                                             _____
                                             Gina Sicora, Courtroom Deputy to
                                             Hon. Nelson S. Román, U.S.D.J.

Dated:     White Plains, New York
                March 25, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2014
```