**MEMO ENDORSED**



# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Homer B. Ramsey
Direct Line: (212) 471-8517
hramsey@herzfeld-rubin.com

April 1, 2014

The application is  X  granted.
                   ___ denied.

Nelson S. Román, U.S.D.J.
Dated: April 2, 2014
White Plains, New York 10601

The Initial Pre-Trial Conference is rescheduled at Defendants' request until May 23, 2014 at 11:00 am.

**Via Facsimile**

Judge Nelson S. Román
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: Savio v. Delpozzo, Nissan Motor Co., Ltd.,
    Nissan North America, Inc. and Motors Group, Inc.
    13 CIV 5606 (NSR)
    Our File No. 62112.0059

Dear Judge Román:

I represent defendants Nissan North America, Inc. and Motors Group, Inc. in this product liability matter.

I respectfully request an adjournment of the initial court conference that has been scheduled on April 17, 2014 at 10:00 am, due to my unavailability on that date.

I have conferred with plaintiff's attorney, Stephen M. Smith, who consents to an adjournment of the conference. Accordingly, and pursuant to Your Honor's rules, we are jointly submitting the following proposed dates for the conference:

May 16, May 22 and May 23, at any time that is convenient for the Court.

Thank you for your consideration.

Respectfully submitted,

Homer B. Ramsey (HR9760)

cc: Stephen M. Smith, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2014

| HERZFELD & RUBIN, P.C. | CHASE KURSHAN HERZFELD & RUBIN, LLC | HERZFELD & RUBIN, LLP | RUBIN MEYER DORU & TRANDAFIR |
|---|---|---|---|
| 1225 FRANKLIN AVE, SUITE 315 | 354 EISENHOWER PARKWAY, SUITE 1100 | 1925 CENTURY PARK EAST | SOCIETATE CIVILA DE AVOCATI |
| GARDEN CITY, NY 11530 | LIVINGSTON, NJ 07039-1022 | LOS ANGELES, CA 90067 | 7, STRADA PUTUL CU PLOPI |
| TELEPHONE: 212-471-3231 | TELEPHONE: 973-535-8840 | TELEPHONE: 310-553-0451 | BUCHAREST I, ROMANIA |
| | | | TELEPHONE: (40) (21) 311-1460 |