UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE SAVIO as administratrix of the Estate of Caitlyn R. Savio, deceased, and ROSE SAVIO, as an Individual,  Plaintiff, <br><br> -v- <br><br> Kaitlyn M. Delpozzo, Louis V. Delpozzo, Francine Delpozzo, Matthew Delpozzo, Nissan Motor Co., Ltd., et al.,  Defendant. | Case No. 13-CIV-5606 (NSR) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Nissan Motor Co., Ltd.          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Nissan Motor Co., Ltd. is a publicly held corporation incorporated under the laws of Japan.

**Date:** June 9, 2014

Signature of Attorney

**Attorney Bar Code:** HR9760

Form Rule7_1.pdf   SDNY Web 10/2007