UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SAVIO,

                        Plaintiff(s),      **RESCHEDULING NOTICE**

- against -

                                         13 Civ. 5606 (NSR)

DELPOZZO, et al.,

                        Defendant(s).
-------------------------------------------------------x

The above case previously scheduled for July 18, 2014 at 11:30 am, **is hereby rescheduled to July 18, 2014 at 2:45 pm** in Courtroom 218 before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Defendants' lead counsel Mark Berry will participate via telephone conference.

                                                              _____
                                                              Gina Sicora, Courtroom Deputy to
                                                              Hon. Nelson S. Román, U.S.D.J.

Dated:   White Plains, New York
              July 17, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2014