UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SAVIO,

                    Plaintiff(s),

           - against -

NISSAN MOTOR CO. LTD., et al.,

                  Defendant(s).
-------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

13 cv 5606 (NSR)(JCM)

The above-entitled action is referred to the Honorable Judith C. McCarthy, United States
Magistrate Judge, for the following purpose(s):

| | | |
|---|---|---|
| __X__ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ SETTLEMENT |
| | _____ | ____ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | _____ | ____ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF |
| ____ | JURY SELECTION | _____ |
| | | _____ |

SO ORDERED:

Dated: White Plains, New York
       July 18, 2014

_____
NELSON S. ROMÁN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2014

* Do not check if already referred for General Pre-Trial.