**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE SAVIO, an Individual and as administratrix
of the Estate of Caitlyn R. Savio, deceased,

                                 Plaintiff,

        -against-

KAITLYN M. DELPOZZO, *et al.*
                            Defendants.
------------------------------------------------------------X

                                 **SCHEDULING ORDER**

                                 13 Civ. 5606 (NSR) (JCM)

TO ALL PARTIES:

The Court has scheduled a **Status Conference** for **September 4, 2014 at 11:00 a.m.** before

Magistrate Judge Judith C. McCarthy in Courtroom 421.

   *Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  July 22, 2014
         White Plains, New York

                                 SO ORDERED:

                                 JUDITH C. McCARTHY
                                 United States Magistrate Judge