

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Homer B. Ramsey
Direct Line: (212) 471-8517
hramsey@herzfeld-rubin.com

July 28, 2014

**MEMO ENDORSED**

**APPLICATION GRANTED**

*Judith C. McCarthy*
**Hon. Judith C. McCarthy**
7/30/14

<u>Via ECF</u>

Magistrate Judge Judith C. McCarthy
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   Savio v. Delpozzo, Nissan Motor Co., Ltd.,
      Nissan North America, Inc. and Motors Group, Inc.
      13 CIV 5606 (NSR) (JCM)
      <u>Our File No. 62112.0059</u>

Dear Judge McCarthy:

I represent defendants Nissan Motor Co., Ltd., Nissan North America, Inc. and Motors Group, Inc. in this product liability matter. I respectfully submit this letter request, at the direction of Your Honor's law clerk Carly Grant, to have the defendants' lead trial counsel, Mark V. Berry, participate in the status conference scheduled on September 4, 2014 by telephone rather than in person. I have conferred with plaintiff's attorney, Stephen M. Smith, who advises he has no opposition to this request.

Mr. Berry is from the law firm of Bowman and Brooke LLP in Torrance, California, and has been admitted *pro hac vice* in this action. Judge Nelson S. Román permitted Mr. Berry to participate in the initial conference that was held on July 18, 2014 by telephone in lieu of traveling from California. I respectfully request that Mr. Berry likewise be permitted to participate in the September 4, 2014 conference before Your Honor by telephone, with myself and plaintiff's attorney attending in person.

Thank you for your consideration.

Respectfully submitted,

Homer B. Ramsey (HR9760)

AFFILIATES

LIVINGSTON, NEW JERSEY   LOS ANGELES, CALIFORNIA   GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA   YANGON, MYANMAR