

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Homer B. Ramsey
Direct Line: (212) 471-8517
hramsey@herzfeld-rubin.com

November 5, 2014

**Via ECF**

Magistrate Judge Judith C. McCarthy
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Savio v. Delpozzo, Nissan Motor Co., Ltd.,
                Nissan North America, Inc. and Motors Group, Inc.
                13 CIV 5606 (NSR) (JCM)
                Our File No. 62112.0059

Dear Judge McCarthy:

      In accordance with the telephone conference with the Court today, this will confirm that the telephonic status conference scheduled on November 12, 2014 at 2:00 pm has been rescheduled to November 18, 2014 at 10:00 am. Thank you for your courtesy.

                                    Respectfully submitted,

                                    Homer B. Ramsey (HR9760)